**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**BARBARA HARRIS**                                                                               **PLAINTIFF**

vs.                                          **1:05-CV-00035-WRW**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA and WHITE RIVER
HEALTH SYSTEM**                                                                      **DEFENDANTS**

**JUDGMENT**

Based on the Order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of January, 2009.


                                             /s/ Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT COURT